JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GENOVEVA JIMENEZ DE LOPEZ,

   Plaintiff,

  vs.

FRANK BISIGNANO, Commissioner of Social Security[1],

   Defendant.

Case No. 1:25-cv-01031-SKO (SS)

**STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER**

(Doc. 14)

   Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from December 19, 2025 to February 17, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of December 15, 2025 and December 22, 2025, Plaintiffs' Counsel has twelve briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: November 28, 2025     PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: November 26, 2025     ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By:  **/s/ Oscar Gonzalez de Llano**
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on November 26, 2025)

## **ORDER**

Pursuant to the parties' stipulation and unopposed motion, (Doc. 14), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Plaintiff shall have up to and including February 17, 2026, to serve Plaintiff's Motion for Summary Judgment on Defendant.  All other dates in the Scheduling Order, (Doc. 5), are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **December 1, 2025**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE