DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Genoveva Jimenez De Lopez,

      Plaintiff,

    vs.

Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-01031-SKO

STIPULATION FOR EXTENSION OF TIME; ORDER GRANTING STIPULATION AND DENYING MOTION AS MOOT

(Docs. 17 & 19)

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 31-day extension of time, from February 17, 2026 to March 20, 2026, for Plaintiff to serve on defendant with Plaintiff's Motion

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

for Summary Judgment .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of February 9, 2026 to February 16, 2026 , Plaintiffs' Counsel has eight briefs and three replies due. Additionally, this matter was recently assigned to undersigned counsel. As such, counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: February 17, 2026 PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff


Dated: February 17, 2026      ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By:   **/s/ Oscar Gonzalez de Llano*
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on February 17, 2026)

2

## **ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 19), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including **March 20, 2026**, to serve Plaintiff's Motion for Summary Judgment on Defendant.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

Plaintiff's motion for extension of time (Doc. 17) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **February 17, 2026**                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE