ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENOVEVA JIMENEZ DE LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:25-cv-01031-SKO <br><br> STIPULATED MOTION AND ORDER FOR A 2ND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT <br><br> (Doc. 24) |

Defendant respectfully moves for an extension of eight (8) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of May 20, 2026 to the new date of May 28, 2026.  Plaintiff's counsel was contacted and indicated his willingness to stipulate to this extension request. This is Defendant's second request for an extension in this case and is based on the following.

Good cause exists for this request.  In the process of drafting the brief in this case, it became apparent to the drafter of the need to discuss some issues raised in this case with the client, specifically the possibility of settling this case.  This requires further communication

Stipulated Motion for Extension of Time

1

between counsel for Defendant and their client. An extension of 8 days would give sufficient time for the client to consider and respond regarding possible settlement or, if settlement is not possible, briefing the case. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: May 19, 2026          By:     *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

Pena and Bromberg, PC

DATE: May 19, 2026          By:     *s/ Jonathan Omar Pena*
Jonathan Omar Pena
Attorney for Plaintiff
(*as authorized by email)

ORDER

Pursuant to Defendant's Stipulated Motion (Doc. 24), IT IS SO ORDERED that Defendant shall have an extension, up to and including **May 28, 2026**, to respond to Plaintiff's Motion for Summary Judgment.  All other deadlines in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **May 20, 2026**                    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2